RECEIVED
DEC - 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PHI, INC. | CIVIL ACTION NO. 06-1469 (LEAD)<br>06-2243 (MEMBER) |
| VERSUS | JUDGE DOHERTY |
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION AND OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION LOCAL 108 | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons set forth in the Memorandum Ruling dated December 7, 2007,

IT IS HEREBY ORDERED that the Unions' "Motion in the Return to Work Suit for Declaratory Judgment and/or Preliminary Injunction Prohibiting PHI, Inc. from Requiring Pilots to Submit to Psychological Examinations or Conditioning Their Return to Work on Such Examinations"[Doc. 73] is DENIED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 7 day of December, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE