UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION | * * * | CIVIL ACTION NO. 6:06-CV-1469 (LEAD) (BAD FAITH BARGAINING SUIT) |
| and | * * * | CIVIL ACTION NO. 6:06-CV-2243 (MEMBER) (RETURN TO WORK SUIT) |
| OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION LOCAL 108 | * * * | JUDGE DOHERTY |
| | * | MAGISTRATE JUDGE HILL |
| versus | | |
| PHI, INC. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON PARTIES' REVISED JOINT SUBMISSION ON PROTOCOLS GOVERNING SEARCHING, GATHERING AND PRODUCTION OF THE UNIONS' ELECTRONICALLY-STORED INFORMATION**

For good cause shown, the Parties' Revised Joint Submission On Protocols Governing Searching, Gathering, And Production Of The Unions' Electronically-Stored Information ("Revised Joint Submission") is hereby APPROVED, and the terms of the Revised Joint Submission, dated December 6, 2007, are hereby made the ORDER of this Court.

Signed this \_\_\_7\_\_\_ day of \_\_December\_\_, 2007 at Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE