RECEIVED

MAY - 8 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PHI, INC.             CIVIL ACTION NO. 06-1469 (LEAD)
                                          06-2243 (MEMBER)

VERSUS            JUDGE DOHERTY

OFFICE & PROFESSIONAL EMPLOYEES
INTERNATIONAL UNION AND        MAGISTRATE JUDGE HILL
OFFICE & PROFESSIONAL EMPLOYEES
INTERNATIONAL UNION LOCAL 108

## MEMORANDUM RULING

Pending before the Court is the "Motion in Limine to Exclude Trial Testimony of Individual Pilot Plaintiff/Counterclaimant Terry Cook" [Doc. 363] filed by PHI, Inc. In the motion, PHI seeks to bar any testimony at trial by individual plaintiff and designated trial witness Terry Cook on grounds Mr. Cook has failed or refused to present himself to be deposed within the Western District of Louisiana despite reasonable notice of such deposition. The motion is unopposed.

This Court notes the Louisiana Wage Deduction Claim of Terry Cook has been dismissed by this Court. *See* Docs. 336 & 337. Whether Mr. Cook has additional pending claims in this matter is unknown to the Court at this time. Notwithstanding the foregoing, the Unions have not opposed the instant motion, and the delays for doing so have long since passed. Considering the foregoing,

IT IS ORDERED that the Motion in Limine to Exclude Trial Testimony of Individual Pilot Plaintiff/Counterclaimant Terry Cook [Doc. 363] is GRANTED. Mr. Cook will not be permitted to testify at trial.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ____ day of May, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE