RECEIVED

SEP 2 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PHI, INC. | CIVIL ACTION NO. 06-1469 (LEAD)<br>06-2243 (MEMBER) |
| VERSUS | JUDGE DOHERTY |
| OFFICE & PROFESSIONAL EMPLOYEES<br>INTERNATIONAL UNION AND<br>OFFICE & PROFESSIONAL EMPLOYEES<br>INTERNATIONAL UNION LOCAL 108 | MAGISTRATE JUDGE HILL |

### AMENDED MEMORANDUM RULING AND ORDER

This Court adopts and incorporates by reference, as if fully set forth herein, the entirety of this Court's Memorandum Ruling issued July 30, 2010 [Doc. 475], with the following clarification:

This Court dismissed the Unions' claims in the Return to Work Lawsuit by Order dated July 30, 2010. The dismissal entered by the Court was a dismissal with prejudice. However, this Court notes a dismissal for lack of subject matter jurisdiction should properly be entered as a dismissal without prejudice. *See, e.g.,* Verret v. Elliot Equipment Corp., 734 F.2d 235, 238 (5th Cir. 1984) (it would be inappropriate to enter any judgment on the merits when the dismissal is based on lack of subject matter jurisdiction), *citing Stanley v. Central Intelligence Agency,* 639 F.2d 1146, 1157 (5th Cir.1981).

Accordingly,

IT IS ORDERED that the dismissal of the Unions' claims in the Return to Work Lawsuit is WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___24___ day of September, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE